IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO  :
:
v.  :  CIVIL ACTION NO. CCB-01-4188
:
FIREMAN GBENGA ABINA  :
MRS. WILLIAM (IYA ALAKE)  :

..oOo..

## MEMORANDUM

Francis Akinro, a resident of Baltimore, Maryland, filed this *pro se* complaint under Fed. R. Crim, P. 58 and 18 U.S.C. § on December 28, 2001. Although difficult to decipher, plaintiff is apparently alleging that defendant Abina has been "destroying" his mother's side of the family since 1996, by falsely representing them on the telephone and by helping to slaughter them after turning them into goats-- through the use of evil spirits-- for African stores in the United States. (Paper No. 1 at 2 & 7.) He further claims that Abina has been retaliating against him by taking measures to force him out of the military;[1] that Abina has verbally roused various individuals, including defendant Alake, to kill him in his car whenever he is driving in Baltimore, Maryland; and that Abina raised three hundred trillion dollars to distribute to all the witches, wizards and herbalists in order to use family members as a food source, *i.e.*, beef and goat meat. (*Id.*, at 3, 4 & 6.)

In addition, Mr. Akinro claims that the individuals continue to monitor him. He alleges that in November 2000, they invited all the witches and wizards from Nigeria to use witch's powers to "open my door and be entering spiritually." (*Id.*, at 5.) He seemingly complains that in February 2001, they invited President Bush's mother to travel from Texas to watch him, along with the "rest

---

[1] For example, Mr. Akinro states that during his active military duty in 1997, Abina brought in individuals dressed in military garb to verbally abuse and harass him. (Paper No. 1 at 3.)

of the white[s]." (*Id.*)   Plaintiff asks that Abina and the other individuals be arrested. (*Id.*, at 4.)

It is well established that a court has broad, inherent power *sua sponte* to dismiss an action, or part of an action, which is frivolous, sham, vexatious, or brought in bad faith. *Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative); *Brown v. District Unemployment Compensation Board*, 411 F. Supp. 1001 (D.C. 1975) (district court has inherent power to control the judicial process and dismiss frivolous or harassing action *sua sponte*); *see also* 28 U.S.C. § 1915(e)(2).

Mr. Akinro lacks a judicially cognizable interest in the prosecution of the defendants. *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *see also Otero v. United States Attorney General*, 832 F.2d 141 (11th Cir. 1987).   Further, his claims are delusional and patently frivolous.  For these reasons, his complaint will be dismissed without requiring service of process.  *See Denton v. Hernandez*, 504 U. S.25, 33 (1993) (allegations which are irrational or wholly incredible are frivolous); *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("complaint . . . is frivolous where it lacks an arguable basis in either law or fact").

A separate Order follows.[2]

_____
Date  1/07/02

_____
Catherine C. Blake
United States District Judge

---

[2] In light of the dismissal of this action, plaintiff's request for a hearing in open court (Paper No. 3), shall be denied.  Further, his requests for waiver of service of summons (Paper Nos. 4 & 5), shall be stricken from the court docket.

2