IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO           :
                         :
v.                       :   CIVIL ACTION NO. CCB-01-4188
                         :
FIREMAN GBENGA ABINA     :
MRS. WILLIAM (IYA ALAKE) :
              ..oOo..

**ORDER**

In accordance with the foregoing Memorandum, it is, this 7th day of January, 2002, hereby ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Paper No. 2.) IS GRANTED;

2. Plaintiff's motion for hearing in open court (Paper No. 3) IS DENIED;

3. This action is summarily DISMISSED, without requiring service of process on the defendants, pursuant to 28 U.S.C. § 1915(e);]

4. Plaintiff's request for waiver of service (Paper Nos. 4 & 5) shall be STRICKEN from the docket;

5. The Clerk of the Court shall CLOSE this case; and

6. The Clerk of the Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to the plaintiff.

_____
Catherine C. Blake
United States District Judge