RBC# 2,
Spring Grove Hospital Center,
55 Wade Ave,
Catonsville,
MD 21228.

April 17, 2006

Clerk Felicia Canon,
Clerk United States District Court For the District Of Maryland,
101 Lombard Street,
Baltimore, MD 21201.

APR 8 2006

Dear Clerk Canon,

## REQUEST FOR PHOTOCOPY OF WHAT IS MY FILE IN CASE NUMBER CA-01-4188-CCB.

write this letter to request for photocopy of what is in my file in case number CA-01-4188-CCB, because of my hospitalization and thief break into my house have lost all the paperwork have in the above matter therefore request for the photocopy of the papers, want you to mail the papers to my above address. Also, want you to do this photocopy on the expense of United States because have no money to pay for this or give security thereof. Thank you for your attention to this matter

Yours truly,

Pastor (Dr.) Francis Akinro,
Pastor & General Overseer,
Holiness Bible Church.