IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinro
Plaintiff

vs.

Fireman Gbenga Abina,
Mrs. Williams, And Others
Defendant

* Civil Action No. 01-CV-4188

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

_____
Signature

Pastor (Dr.) Francis Akinro
Name (Print or Type)

RBC#2, Spring Grove Hospital Center,
Address

Catonsville, MD 21228.
City/State/Zip

(410) 744-9720 .
Phone No.                Fax No.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 29 2006

Francis Akinro
Plaintiff

\*

vs.                                  \*   Civil Action No. 01-CV-4188

Fireman Gbenga Abina,
Mrs. Williams, And others.   \*
Defendant

\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Pastor (Dr.) Francis Akinro, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $150.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):

Criminal Justices Act And Federal statute or Provision of The United States Constitution, as Define in 18 U.S.C. Section 5031 and Section 50A.

In further support of this motion, I answer the following questions:

1. Are you presently employed?

   ☐ Yes  ☒ No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

Employer: ____N/A_____   Monthly Gross: $ __N/A__
                                                                   Monthly Net:   $ __N/A__

b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: January 1999
Employer: Baltimore County Public Schools    Monthly Gross: $ 33/day
1600 N. Charles Street,    Monthly Net: $ 33/day

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

☒ Yes  ☐ No

Received:              Source:
$ 2,746.00             VA Monthly Compensation
$_____             _____
$_____             _____
$_____             _____

Do you expect this income to continue:   ☒ Yes  ☐ No

3. Do you have any cash on hand, or money in savings or checking accounts? ☒ Yes ☐ No
If yes, state total amount: $ 147,792.40

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes ☒ No
If yes, give value and description:

Value:            Description:
$ N/A             N/A
$_____        _____
$_____        _____
$_____        _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| None | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| Hospital Bills | $ 2,735.44 |
| Food And Snacks | $ 700.00 |
| Clothes, Soap, And Others | $ 100.00 |
| Church Tithe | $ 274.60 |

7. Marital Status: ☐ Single  ☑ Married  ☐ Widowed  ☐ Separate/Divorced

List Persons you actually support and your relationship to them:

| Name: | Relationship: |
|---|---|
| Mrs. Christiana Akinro | Wife |
| Chief S. F. Akinro | Father |
| Mrs. Margret Akinro | Mother |

8. If married, is your spouse employed? ☐ Yes  ☑ No

   If yes, how much does your spouse earn per month: Gross: $ N/A  Net: $ N/A

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income?  Gross: $ N/A  Net: $ N/A

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

June 18, 2006
Date

[signature] Akinro
Signature