IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**  \*
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228    \*
    **Plaintiff**
                                          \*
        V.                          Case Number: 01-CV- 4188
**FIREMAN GBENGA ABINA AND**    \*
**OTHERS.**
    **Defendant**    \*
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO RE- OPEN THE ABOVE CAPTION CASE.

Plaintiff Pastor (Dr.) Francis Akinro move by self undersign counsel that the court should re- open the above cation case pursuant to Fed. Rule Civ. P. Rule 59(a)(1) because of newly discovered evidence which by due diligence of law could not be discovered in time to move upon which relief can be granted. The ground for the motion are:

(1.)  Obstruction of justices and perverting. Mother of defendant Mrs. Abina (Iya Ojewoye) use spirit police from my mother village in Nigeria "Adoko Igbe- Owo, Nigeria" to arrest me and lie against me that I attempt to rape somebody name Shayel Blackwell, She asked the police to put me in jail and said that they should not release me so that I will not be able to continue with her son criminal case, she called the arrest all our spirit mothers arrest.  She gather the rest of our spirit mothers together and started doing Spirit meeting against me she is also distributing money in millions of dollars to peoples to use the money to put me in prison they were saying that  they will put me in everlasting (life) prison that there is noting I will say that will free me and through the prison they will kill me and eat my flesh as meat as they did to my family in

4.

Nigeria. This is perverting and obstruction of justice, the court should re- open the case and punish Iya Ojewoye by imprison see Kane v. Garcia Espitia 546 U.S. 1538 (2005), Fayetta v. California 422 U.S. 806 (1975), Strickland v. Washington 466 U.S. 668 (1984).

(2.)    After they arrest me in year 2002 Fireman Gbenga Abina and her mother Iya Ojewoye went to all the court where I file different cases and dismiss all the cases, they told them that they have arrest me that I am not coming back to do the cases again and because of that they should not prosecute any of the cases without obeying any applicable Federal law. This violate my right to Fourteen Amendment of U.S. Constitution due process clause which guarantee each accuse of a fair and impartial try, and Nine Amendment of U.S. Constitution: right of human being which nobody can tamper with that is not even specifically mention in the constitution. Fireman Gbenga Abina is doing this so as to escape the try of his first degree murder case, which I am seeking death penalty for him because of his aggravated circumstance at the time of the offense. The court should re- open the case and punish fireman Gbenga Abina by death penalty because of his aggravated circumstance at the time the offense was committed see Bradshaw v. Richey 546 U.S. 101 (2005), Bouie v. City of Columbia 378 U.S. 347, 352 (1964) in violation of the due process clause. 395F. 3d at 677 (Citing United States v. Lanier 520 U.S. 259 (1997)), Ohio Rev. Code Ann § 2903.01(D) (Anderson 1982).

(3.)    Mrs. William (Iya Alake) instruct Fireman Gbenga Abina and her mother Iya Ojewoye to go to Nigeria and started killing my mother, and father including me so that

nobody will prosecute their case again. As a result of this Fireman Gbenga Abina went to Nigeria and started cutting the head of my father and mother, he is doing this up till now. Following duplicating and killing of all my family in 1996, 2001, and 2002 by the defendant's I file a lawsuit for aggravated felony against the defendant's. As a result of this defendant arrest me lie against me and put me in jail, Mrs. William (Iya Alake), and fireman Gbenga Abina started Waking my mother up from the dead daily, and using spirit cutlass to cut her head, commanding her back alive, and cut the head again they will do this for up to three thousand time per day. Her dead body will fill the ground and they will be distributing the body to everybody in all the country of the world for the people to eat. This is first degree murder the court should re- open the case and punish Mrs. William, and Fireman Gbenga Abina by death penalty because of their aggravated circumstances at the time of the offense see Mark v. United States 430 U.S. 188,196 (1977), Donnelly v. DeChristoforo 416 U.S. 637 (1974), Schriro v. Smith 546 U.S. 1475 (2005).

    Additional grounds for the motion are stated in the accompanied Memorandum of Law.

    Wherefore the plaintiff request that the court should grant its motion to re- open the above- caption case. A proposed Order is attached.

                                         Respectfully Submitted,

                                         Pastor (Dr.) Francis Akinro,
                                         President & CEO,
                                         Africa Civil Liberty Association.

## **CERTIFICATION OF SERVICE.**

I hereby certify under penalty of perjury that on __19__ day of June 2006, I cause to be place in the United States mail (first- class mail, postage prepaid) copies of "MOTION TO RE- OPEN THE ABOVE CAPTION CASE" address as follows:

1.) Fireman Gbenga Abina, and Mrs. Abina (Iya Ojewoye)
    2572 Sherman Ave,
    N.W. Washington,
    DC. 20001.

2.) Mr. Joseph Taye Badejo, and Mr. Dare Badejo,
    8304 Steamwood Drive,
    Reistertown, MD 21208

3.) Mrs. Williams (Iya Alake),
    3625 Ravenwood Ave,
    Baltimore, MD 21213.

4.) Mrs. Diana,
    3612 Bonview Ave,
    Baltimore, MD 21213.

_____
FAkinro 06/18/06
Pastor (Dr.) Francis Akinro,
President & CEO,
Africa Civil Liberty Association.

7.