IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**  \*
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228  \*
    **Plaintiff**
                      \*
       V.                    Case Number: 01-CV- 4188
**FIREMAN GBENGA ABINA AND**  \*
**OTHERS.**
    **Defendant**  \*

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MY MOTION TO RE- OPEN THE ABOVE CAPTION CASE.

Plaintiff Pastor (Dr.) Francis Akinro by self undersigned counsel, file this Memorandum in support of its Motion to re- open the above caption case pursuant to Fed. Rule Civ. P. Rule 59(a)(1) because of newly discovered evidence which by due diligence of law could not be discovered in time to move.

        I.        **Introduction.**

Defendant's Fireman Gbenga Abina, Iya Ojewoye, Mrs. Diana, Iya Alake, Mr. Dare Badejo, Mr. Joseph Taye Badejo and others disappear all my family in 1996, they replace and started duplicating and killing them including the replacement in year 2001. They were using them to make meat to United States stores, and Germany stores in year 2001 after killing using BBC of London radio to announce that the peoples should kill them at the same time after duplicating. This made me to file a lawsuit against defendant's in year 2001. United States District Court at Baltimore dismiss this case, I therefore appeal to U.S. Court of Appeal Virginia. On June 07, 2002 I mailed my informal brief to the court of appeal. Iya Ojewoye started crying from one

spirit world to another saying that I have kill his son Fireman Gbenga Abina, they therefore planned to lie against me and use spirit police to arrest me as a means of stopping the lawsuit which they did on that same day and I am in their custody since then.

## II. Allegation Of The Complaint.

Defendant's allegation relate to: 1.) Only me cannot benefit from the federal program because of this defendant lie against me and arrest me so that I will not become a citizen of United States, even though defendant know that this violate fourth amendment of U.S. Constitution, eight amendment cruel and unusual punishment. 2.) that I and my family are inferior and we are not a human being again because of this defendant started killing and eating the flesh of my family even though defendant know that this violate federal law: fourth amendment taking of life without probable cause, nine amendment: right of human being which nobody can tamper with that is not even specifically mention in the constitution, and fourteen amendment due process clause. 3.) they are above the law because of the power of the spirit they have and their spirit mother. Also they are intentionally obstructing the judgment and perverting because they felt that nobody will be able to question them, even though defendant know that this violate the rule of the law under our constitutional system of government.

## III. Argument.

**The Court Should Re- Open The Above Caption Case Because Of Newly Discovered Evidence Which Is Not Available At The Time To Move By Due Diligence Of Law.**

The court should re- open the above caption case pursuant to Fed. Rule Civ. P. Rule 59(a)(1) because of newly discovered evidence which by due diligence of law

9.

could not be discovered in time to move. The court should re- open the case since defendant is afflicting me with cruel and unusual punishment: preventing me from benefiting from any federal program by lie against me arrest me and detain me since year 2002 up till now so that I will not become a citizen of United States. Mrs. Diana, and Iya Ojewoye instruct them that they should not release me until after I loose all the Immigration papers I have, and even loose my life in their detection. To achieve this defendant is cutting the head and exchanging the Judges and the peoples in the court that may want to against them. They did not hear anything from my mouth in the court they were only using spirit to watch what will come out from my breathing in or out and call this spirit hearing in violation of fourteen amendment of U.S. Constitution. The court should re- open the case and punish the defendant's base on their aggravated circumstances see Gideon v. Wainwright 1963, Ducan v. Henry 513 U.S. 364, 366 (1995), United States v. Valentine 820 F. 2d 565 (CA2 1987), Smith v. Digmon 434 U.S. 332, 333 (1978).

    Similarly defendant's thought that I and my family are inferior and we are not a human being again. They put law upon themselves and started killing and eating the flesh of my family, they were also killing anybody that may want to challenge them of the killing in violation of fourth amendment of U.S. Constitution taking of life without probable cause, fifth and fourteen amendment of U.S. Constitution due process clause. Considered their aggravated circumstances at the time of the offense, Iya Ojewoye, Mr. Joseph Taye Badejo and others will wake my father, mother and other members of my family from the dead after they kill them in 1996, and year 2001. Fireman Gbenga

Abina, and Iya Alake will started using cutlass and knife to cut their head and commanding them alive and cut their head again up to three thousand times per day their dead body will fill the ground they will be distributing it for peoples to eat. This is considered as first degree murder, more evidence of their aggravated circumstances can be see from my original motion and memorandum submit to the court in year 2001. It is evidentially clear that defendant kill over fifty peoples in my family at a known date and places. The court should re- open the case for further processes and punish defendant's to death or life imprisonment base on their aggravated circumstances see Atkins v. Virginia 536 U.S. 304 (2002), Ford v. Wainwright 477 U.S. 399, 416-17 (1986), Kane v. Garcia Espitia 546 U.S. 1538 (2005).

    Finally defendant's felt that they are above the law because of the spirit they are using to kill without anybody questioning them, and because of their spirit mother. In other to obstruct judgment and to prevent what is considered to be true they lie against me and arrest me so that nobody will do their case again. Defendant's replace and represent the officers involve to detain me and said that they are not going to release me that they will put me in prison forever until I die in their detention or imprisonment and they will started using me for meat as they did to my family. Also they said that there is noting I will say that will release me from their imprisonment. Mrs. William (Iya Alake), Iya Ojewoye, and Mrs. Diana replace and represent the judges involve in the prosecution of the case so that they will not do the real case in other for the defendant to achieve their purpose. In addition to this Iya Ojewoye, Mrs. Ehiola (Iya Idowu), Iya Alake and others started distribute money in million of dollars to each

11.

person they may encountered and said that this is the money they will use to put me in prison. All this evidence did not exist at the time of the hearing of the case in year 2001 to early 2002 and this violate my right to eight amendment of U.S. Constitution cruel and unusual punishment, nine amendment: right of human being which nobody can tamper with that is not even specifically mention in the constitution. The court should re- open the case for further processes, and punish the defendant's base on their aggravated circumstances see people v. Dye 453 Mich. 852, 551 N.W. 2d 189 (1996), Berger v. United States 295 U.S. 78 (1935), People v. Henry 142 Cal. App. 2d 114, Marks v. United States 430 U.S. 188, 196 (1977).

### IV.   Conclusion.

For these reasons, the court should re- open this case for further processes and punish the defendant's base on their aggravated Circumstances at the time of the offense, because of newly discovered evidence which by due diligence of law could not be discovered in time to move.

Respectfully Submitted,

_____
Pastor (Dr.) Francis Akinro,
President & CEO,
Africa Civil Liberty Association.

12.