IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**  \*
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228
**Plaintiff**
\*
V.   Case Number: 01-CV- 4188
**FIREMAN GBENGA ABINA AND**  \*
**OTHERS.**
**Defendant**   \*

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER.

Upon consideration of plaintiff motion to re- open the above caption case because of newly discovered evidence which by due diligence of law could not be discovered in time to move, it is hereby

**ORDER** this _____ day of _____, 2006 that the motion is **GRANTED** and that the case is re- open for further processes. It is also **ORDER** that Fireman Gbenga Abina, Mrs. William (Iya Alake), are to punish by death penalty and Mrs. Abina (Iya Ojewoye), Mr. Joseph Taye Badejo, Mr. Dare Badejo, Mrs. Diana, and Mrs. Ehiola (Iya Idowu) are to punish by life imprison base on their aggravated circumstances at the time of the offense.

_____
Judge, United States District Court For
The District Of Maryland,
Northern District.

13.