IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228
   **Plaintiff**

   V.                                   Case Number: 01-CV- 4188
**FIREMAN GBENGA ABINA AND OTHERS.**
   **Defendant**

\* \* \* \* \* \* \* \*

## REQUEST FOR HEARING.

Plaintiff Pastor (Dr.) Francis Akinro, request a hearing on his motion to re- open the above caption case pursuant to Fed. Rule Civ. P. Rule 59(a)(1) because of newly discovered evidence which by due diligence of law could not be discovered in time to move

                                          Respectfully Submitted,

                                          _____
                                          Pastor (Dr.) Francis Akinro,
                                          President & CEO,
                                          Africa Civil Liberty Association.

2

## CERTIFICATION OF SERVICE.

hereby certify under penalty of perjury that on 19 day of June 2006 cause to be place in the United States mail (first- class mail, postage prepaid) copies of "REQUEST FOR HEARING" address as follows:

1.) Fireman Gbenga Abina, and Mrs. Abina (Iya Ojewoye)
2572 Sherman Ave,
N.W. Washington,
DC. 20001.

2.) Mr. Joseph Taye Badejo, Mr. Dare Badejo, and others,
8304 Steamwood Drive,
Reistertown, MD 21208.

3.) Mrs. Williams (Iya Alake),
3625 Ravenwood Ave,
Baltimore, MD 21213.

4.) Mrs. Diana,
3612 Bonview Ave,
Baltimore, MD 21213.

_____
Pastor (Dr.) Francis Akinro,
President & CEO,
Africa Civil Liberty Association.

3.