IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANCIS AKINRO | * | |
| Plaintiff | | |
| v. | * | CIVIL ACTION NO. CCB-01-4188 |
| | | |
| FIREMAN GBENGA ABINA | * | |
| MRS. WILLIAM (IYA ALAKE) | | |
| Defendants. | * | |
| | *** | |

**O R D E R**

This pro se complaint was summarily dismissed as frivolous on January 7, 2002.[1] The United States Court of Appeals for the Fourth Circuit subsequently affirmed the judgment. *See Akinro v.* Abina, 40 Fed.Appx. 866 (4th Cir. July 23, 2002)(per curiam).

On April 24, 2006, plaintiff filed a motion for copy work Paper No. 12. Plaintiff seemingly claims that due to his hospitalization and the theft from his home, the papers are no longer available to him.[2] *Id*. The motion shall be granted.[3]

---

[1] Plaintiff alleged that defendant Abina: (i) had been "destroying" his mother's side of the family since 1996, by falsely representing them on the telephone and by helping to slaughter them after turning them into goats-- through the use of evil spirits-- for African stores in the United States; (ii) had been retaliating against him by taking measures to force him out of the military; (iii) verbally roused various individuals, including defendant Alake, to kill him in his car whenever he is driving in Baltimore, Maryland; and (iv) raised three hundred trillion dollars to distribute to all the witches, wizards and herbalists in order to use family members as a food source, *i.e.*, beef and goat meat. Paper No. 1 at 2-4 & 6-7. In addition, plaintiff raised rather fanciful claims regarding Nigerian witches and wizards and former First Lady Barbara Bush. *Id*. at 4-5.

[2] Plaintiff is currently hospitalized at the Spring Grove Hospital Center, a facility run under the operation of the Maryland Department of Health and Mental Hygiene.

[3] All copy work and Archive retrieval fees shall be waived. The Clerk shall retrieve the court from Archives and provide plaintiff copies of Paper Nos. 1-10.

On June 26, 2006, plaintiff filed a motion for leave to proceed in forma pauperis and motion to reopen the case and for hearing. Paper Nos. 13 & 14. The indigency motion shall be denied.[4] The motion to reopen and for court hearing has been read, considered, and shall be denied.[5]

Accordingly, IT IS this 11th day of July, 2006, by the United States District Court for the District of Maryland, hereby ORDERED:

1. Plaintiff's motion for copy work (Paper No. 12) IS GRANTED;

2. Plaintiff's motion to proceed in forma pauperis (Paper No. 13) IS DENIED as moot;

3. Plaintiff's motion to reopen case (Paper No. 14) IS DENIED;

4. The Clerk shall SHALL AMEND the docket to reflect plaintiff's current address at the Spring Grove Hospital Center, 55 Wade Avenue, Catonsville, Maryland 21228; and

5. The Clerk SHALL MAIL a copy of this Order and Paper Nos. 1-10 to plaintiff.

/s/
Catherine C. Blake
United States District Judge

---

[4] The motion shall be denied as moot. Plaintiff was previously granted indigency status in January of 2002. The financial statements made in the new pauperis affidavit are questionable at best.

[5] The patently fantastic allegations raised in the motion to reopen speak for themselves.