## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**  \*
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228  \*
    **Plaintiff**
                    \*
       V.                           Case Number: 01-CV- 4188
**FIREMAN GBENGA ABINA AND OTHERS.**  \*
    **Defendant**  \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### NOTICE OF APPEAL

Notice is hereby given that <u>Pastor (Dr.) Francis Akinro,</u> above named, hereby appeals to the United States Court Of Appeals for the Fourth Circuit from the final judgment entered in the above entitle case on <u>July 11, 2006.</u>

                                                                (Date judgment was entered)

July 17, 2006.
Date

_Akinro_
Signature

Pastor (Dr.) Francis Akinro,
(Print Name)
RBC #2, Spring Grove Hospital Ctr.,
55 Wade Ave,
(Address)

Catonsville, MD 21228.
(City State & Zip Code)

(410) 744 – 9720.
(Telephone Number)

1.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND 101 W. Lombard Street, Baltimore, MD 21201.

**FRANCIS AKINRO**
RBC# 2, SPRING GROVE HOSPITAL CENTER,
55 WADE AVE, CATONSVILLE, MD 21228
    **Plaintiff**

V.

**FIREMAN GBENGA ABINA AND OTHERS.**
    **Defendant**

Case Number: 01-CV- 4188

JUL 2 0 2006

\* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

I, <u>Pastor (Dr.) Francis Akinro,</u> do swear or declare that on this date, of <u>July 17, 2006,</u> as required by Fed. Rule Civ. P. Rule 5(b.) I have served the enclosed NOTICE OF APPEAL on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:

1.) Fireman Gbenga Abina, and Mrs. Abina (Iya Ojewoye)
    2572 Sherman Ave,
    N.W. Washington,
    DC. 20001.

2.) Mr. Joseph Taye Badejo, and Mr. Dare Badejo,
    8304 Steamwood Drive,
    Reistertown, MD 21208

3.) Mrs. Williams (Iya Alake),
    3625 Ravenwood Ave,
    Baltimore, MD 21213.

      4.) Mrs. Diana,
         3612 Bonview Ave,
         Baltimore, MD 21213.

      Defendant.

                  Respectfully Submitted,

                  _____
                  Pastor (Dr.) Francis Akinro,
                  President & CEO,
                  Africa Civil Liberty Association.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 17, 2006.            _____
                                              Pastor (Dr.) Francis Akinro,
                                              President & CEO,
                                              Africa Civil Liberty Association.

RBC# 2,
Spring Grove Hospital Center,
55 Wade Ave,
Catonsville,
MD 21228.

July 17, 2006.

Clerk Felicia C. Cannon,
U. S. District Court For The District Of Maryland,
Northern District,
101w. Lombard Street,
Baltimore, MD 21201.

Dear Clerk Cannon,

**RE:- FRANCIS AKINRO v. FIREMAN GBENGA ABINA, MRS. WILLIAMS AND OTHERS.**
**CASE NO. 01-CV-4188**

Enclose for filling in the above- caption case are the following:

1.) Notice Of Appeal and Proof Of Service

2.) Plaintiff's Motion for leave to proceed in Forma Pauperis.

Thank you for your attention to this matter.

Yours truly,

*[signature]*

Pastor (Dr.) Francis Akinro,
President & CEO,
Africa Civil Liberty Association.

Pastor (Dr.) Francis Akinro,
RBC #2,
Spring Grove Hospital Center,
55 Wade Ave,
Catonsville, MD 21228.



Clerk Felicia C. Cannon,
United States District Court for The
District of Maryland,
Northern District,
U.S. Courthouse,
101 W. Lombard Street,
Baltimore, MD 21201.