TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>☐ Additional NOA<br>__ Corrected Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certificate<br>__ Supplement to ROA<br>__ Supplemental Certificate<br>__ Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Francis Akinro<br>v.<br>Fireman Gbenga Abina and others | District Court Case No. CCB-01-4188<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 7/20/06 | 4. Fees<br>__ no fee required<br>$5 filing fee:       paid    unpaid<br>$450 docketing fee:   paid    unpaid<br>Pauper status:  X granted  ☐ denied  __pending in District Court<br>Does PLRA apply?  yes  X no   ☐ 3 strikes?  ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA | |
| 3. District Judge: Catherine C. Blake | 5. Materials Under Seal in District Court?  yes  X no<br><br>Party Names Under Seal in District Court? ☐ yes  X no |
| 6. Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held       yes     X no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness       Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**  **TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # ___ |
|---|---|
| Pleadings:      Vols. _____<br>Transcript:     Vols. _____<br>Exhibits :      Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:         Vols. _____<br>No. of Boxes _____ | Pleadings:      Vols. _____<br>Transcript:     Vols. _____<br>Exhibits:       Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:         Vols. _____<br>No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy       Phone: (410) 962-3928       Date: July 20, 2006