JUDGMENT

FILED: November 17, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 06-1833
1:01-cv-04188-CCB

FRANCIS AKINRO

    Plaintiff - Appellant

    v.

FIREMAN ABINA GBENGA; MS. WILLIAMS, (Iya Alake)

    Defendants - Appellees

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1833

FRANCIS AKINRO,

          Plaintiff - Appellant,

versus

FIREMAN ABINA GBENGA; MS. WILLIAMS, (Iya Alake),

          Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:01-cv-04188-CCB)

Submitted: November 15, 2006      Decided: November 17, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Akinro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying Akinro's motion to reopen his case based on newly discovered evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Akinro v. Gbenga</u>, No. 1:01-cv-04188-CCB (D. Md. July 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>