```
               UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT
                                                    FILED
                                               December 11, 2006

                        No. 06-1833
                       1:01-cv-04188-CCB
```

FRANCIS AKINRO

       Plaintiff - Appellant

DEC 13 2006

v.

FIREMAN ABINA GBENGA; MS. WILLIAMS, (Iya Alake)

       Defendants - Appellees

---

M A N D A T E

---

The judgment of this Court, entered 11/17/06, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

                            /s/ Patricia S. Connor
                            --------------------
                                 CLERK

JUDGMENT

FILED: November 17, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 06-1833
1:01-cv-04188-CCB

DEC 1 3 2006

FRANCIS AKINRO

    Plaintiff - Appellant

    v.

FIREMAN ABINA GBENGA; MS. WILLIAMS, (Iya Alake)

    Defendants - Appellees

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Marlene Smith-Taylor
    Deputy Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1833

DEC 1 2006

FRANCIS AKINRO,

             Plaintiff - Appellant,

versus

FIREMAN ABINA GBENGA; MS. WILLIAMS, (Iya Alake),

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:01-cv-04188-CCB)

Submitted: November 15, 2006   Decided:  November 17, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Akinro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

      Francis Akinro appeals the district court's order denying Akinro's motion to reopen his case based on newly discovered evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Akinro v. Gbenga</u>, No. 1:01-cv-04188-CCB (D. Md. July 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>